IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD DALEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:   4:15-CV-01266-AGF |
| v. ) | |
| ) | |
| CITY OF BERKELEY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Richard Daleen, by and through counsel, and Defendant City of Berkeley, Missouri, by and through counsel, hereby stipulate and agree that the above-captioned case is dismissed with prejudice with Plaintiff Richard Daleen to be responsible for and pay the costs and attorney fees incurred by him in this case and Defendant City of Berkeley, Missouri to be responsible for and pay the costs and attorney fees incurred by it in this case.

Respectfully submitted,

KODNER WATKINS & KLOECKER, L.C.

By:/s/ Robert C. Seipp
Albert S. Watkins, #34553MO
Robert C. Seipp, #59339MO
The Bank of America Building
7800 Forsyth Blvd., Suite 700
Clayton, MO  63105
Telephone:  (314) 727-9111
Facsimile:  (314) 727-9110
albertwatkins@kwklaw.net
rseipp@kwklaw.net
Attorneys for Plaintiff

2

                    PAULE, CAMAZINE & BLUMENTHAL, P.C.
                     *A Professional Corporation*


By: /s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    St. Louis (Clayton), MO  63105-3772
    Telephone:  (314) 727-2266
    Facsimile:   (314) 727-2101
    khenson@pcblawfirm.com
    Attorney for Defendant City of Berkeley